■ RAYMOND E. AMY et al., Respondents, v EDWIN M. STOREY et al., Individually and Doing Business as CHICK'S RESTAURANT, Appellants.—Order unanimously reversed on the law with costs and defendants' motion granted. Memorandum: Inasmuch as plaintiffs failed to demonstrate a justifiable excuse for failing to file a note of issue for more than 11 months after the service of the 90-day demand and for more than six months after the conclusion of the examination before trial, the court should have granted defendants' motion to dismiss for want of prosecution (*see,* CPLR 3216). (Appeal from order of Supreme Court, Erie County, Mintz, J.—dismiss action.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.